UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>MY NGOC TRUONG )<br>_____) | DOCKET NO. 1:26 CR 5<br><br>**FACTUAL BASIS** |

NOW COMES the United States of America, by and through Russ Ferguson, United States Attorney for the Western District of North Carolina, and hereby files this Factual Basis in support of the plea agreement filed simultaneously in this matter.

This Factual Basis is filed pursuant to Local Criminal Rule 11.2 and does not attempt to set forth all of the facts known to the United States at this time. By their signatures below, the parties expressly agree that there is a factual basis for the guilty plea(s) that the defendant will tender pursuant to the plea agreement, and that the facts set forth in this Factual Basis are sufficient to establish all of the elements of the crime(s). The parties agree not to object to or otherwise contradict the facts set forth in this Factual Basis.

Upon acceptance of the plea, the United States will submit to the Probation Office a "Statement of Relevant Conduct" pursuant to Local Criminal Rule 32.4. The defendant may submit (but is not required to submit) a response to the Government's "Statement of Relevant Conduct" within seven days of its submission. The parties understand and agree that this Factual Basis does not necessarily represent all conduct relevant to sentencing. The parties agree that they have the right to object to facts set forth in the presentence report that are not contained in this Factual Basis. Either party may present to the Court additional relevant facts that do not contradict facts set forth in this Factual Basis.

1. At all times relevant to this Factual Basis, KIEM THANH HUYNH and MY NGOC TRUONG, were co-owners of MT Jewelry MFG., Inc. ("MT Jewelry"). The business website address of www.mtjewelrymfg.com stated in part ". . . *we specialize in creating unique and handmade*

*southwestern jewelry. We pride ourselves on crafting pieces that capture the essence of the land of enchantment . . . ."*

2. MT Jewelry's business address was 1915 San Mateo Blvd. NE, Albuquerque, New Mexico. The business only marketed to wholesale customers. As part of the business model, HUYNH and TRUONG would visit trade shows throughout the United States, including in the Western District of North Carolina, where they would market and sell jewelry.

3. Beginning in December 2023, USFWS Wildlife Inspectors, located at United States Ports of Entry, began to inspect and document several international imports addressed to HUYNH, TRUONG, and/or MT Jewelry. From December 2023 through July 2024, Inspectors were able to intercept, inspect, and document six shipments destined for MT Jewelry. Each shipment was exported from Vietnam into the U.S. via FedEx by HUYNH and TRUONG.

4. Each shipment contained a variety of jewelry located inside tightly wrapped plastic labeled with gold "MADE IN VIETNAM" stickers. The jewelry resembled Native American-style jewelry and was adorned with turquoise, spiny oyster, pink conch shell, and other unique stones and/or fish and wildlife parts. The jewelry was not indelibly marked with the country of origin by cutting, die-sinking, engraving, stamping, or some other permanent

2

marking. HUYNH and TRUONG, as the importers of the merchandise, knew it was commercially feasible to mark the items in that fashion and failed to do so.

5. The exported jewelry pieces contained one- or two-letter inscriptions or hallmarks, such as "AB," "T," "ED," and "K," on the inside of rings and on the back of pendants and bracelets. Hallmarks like these are commonly used by artists to authenticate their handicraft.

6. USFWS Wildlife Inspectors covertly marked unique and/or specific colored jewelry pieces during the shipment inspections. The markings allowed investigators to later identify purchased or recovered jewelry as items previously examined and marked. The markings are activated under a specific type of light.

7. On July 25, 2024, HUYNH and TRUONG attended the Gem and Lapidary Wholesalers (G&LW) Show at the Watauga Festival Center in Franklin, North Carolina, located within the Western District of North Carolina.

8. TRUONG and HUYNH operated a vendor booth at the back of the event with a banner that read "MT JEWELRY MFG., INC." No other individuals were selling jewelry at the vendor booth. The vendor booth

consisted of several tables covered with a variety of jewelry pieces that originated in the shipments intercepted by Inspectors.

9. Special Agents, equipped with covert video recording equipment and working in an undercover capacity, attended the G&LW Show. TRUONG and HUYNH told the agents that certain hallmarks represented individual Native American artists. HUYNH also showed pictures of purported Native American artists that he claimed worked at their shop in Albuquerque. HUYNH claimed their workers are Navajo Native Americans. The Navajo Tribe is a federally recognized Indian tribe occupying portions of the southwestern United States.

10. The agents made two separate purchases of jewelry from HUYNH and TRUONG at the Show. One purchase was for $1,848.19. The second purchase was for $1,123.73. TRUONG again affirmed at checkout all the jewelry for this purchase was Native American made. HUYNH provided the agents with a list of Native American artists and their specific hallmark. At the time of the sale, TRUONG and HUYNH knew that the jewelry they marketed and sold as Native American style was not Indian produced.

11. After leaving the Show, agents used a special flashlight to examine the purchased jewelry for covert markings by Inspectors. They also compared the purchased jewelry to jewelry photographed by the Wildlife

4

Inspectors. Two of the purchased jewelry items revealed covert markings indicating they were imports from Vietnam that were previously examined by Inspectors.

12. On April 22, 2025, USFWS agents conducted an inspection in Anchorage, Alaska, of an international shipment from Vietnam for subject "My TRUONG, MT Jewelry, Mfg., Inc." imported into the United States by FedEx.[1] The shipment invoice stated the reason for export as "Sample." The invoice depicted the consignee as "MT Jewelry Mfg., Inc., Attn: My TRUONG, Mobile: (505) 917-1474."

13. Agents photographed the shipment contents, which included Native American-style jewelry containing some wildlife parts including spiny oyster and queen conch. The jewelry was not indelibly marked with the country of origin. The jewelry included the hallmarks "T," "S," "E,", and "B." The jewelry was also stamped "sterling." Agents covertly marked several jewelry pieces, and the shipment was given to FedEx for release to its destination. According to FedEx, the shipment was delivered on April 24, 2025.

---

[1] Agents intercepted similar shipments on December 27, 2024, and January 22, 2025. The shipments were documented and allowed to be delivered. They were not covertly marked because no Ops were planned at the time.

14. On May 17, 2025, TRUONG and HUYNH returned for another G&LW show in Franklin. Undercover agents attended the show and were equipped with video recording equipment. They went to the MT Jewelry booth and met with HUYNH and TRUONG, who recognized one of the agents as a previous customer. HUYNH again talked with them about the initials on the jewelry representing the various Native Americans' artists' initials. He confirmed all the jewelry for sale at the booth was Navajo made. Agents purchased $3,567.44 worth of jewelry represented to be Navajo handicraft. The retail price on the MT Jewelry receipt was $8,918.60.

15. Agents left the show and examined the merchandise. Seventeen of the purchased jewelry items revealed covert markings, indicating that the pieces had been previously examined by Inspectors from a shipment from Vietnam. Additionally, the seventeen pieces matched the inspection photographs specific to their stone color and pattern, silver work, and the artist hallmark. Agents correlated several other jewelry pieces to the April 2025 inspection that were not covertly marked.

16. At all times relevant to this Factual Basis, TRUONG and HUYNH knew that some of the jewelry they were selling in the Western District of North Carolina was made in Vietnam by non-Indians, not in the United States by Native American jewelry crafters. TRUONG and HUYNH

6

therefore falsely offered and displayed these items as Indian products knowing that they were not.

RUSS FERGUSON
UNITED STATES ATTORNEY

*Digitally signed by ALEX SCOTT*
*Date: 2026.02.23 10:09:25 -05'00'*

_____
ALEX M. SCOTT
ASSISTANT UNITED STATES ATTORNEY

### Defendant's Counsel's Signature and Acknowledgment

I have read this Factual Basis, the Bill of Information, and the plea agreement in this case, and have discussed them with the defendant. Based on those discussions, I am satisfied that the defendant understands the Factual Basis, the Bill of Information, and the plea agreement. I hereby certify that the defendant does not dispute this Factual Basis.

_____       DATED: 02/20/2026
Doug Edwards, Attorney for Defendant

7